# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH<br>*on behalf of herself and*<br>        *others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC GERARD REALTY LLC<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.: 26-cv-3208

Jury Trial Demanded

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees.

Dated: July 21, 2026

PLAINTIFF, on behalf of herself
and others similarly situated,

By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

1